NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BERRY, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner,*

v.

**RHONDA K. CONYERS AND DEVON HAUGHTON NORTHOVER,**
*Respondents,*

AND

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3207

---

Petition for Review of the Merit Systems Protection Board in consolidated case nos. CH0752090925-R-1 and AT0752100184-R-1.

---

**ON MOTION**

---

**O R D E R**

The National Treasury Employees Union (NTEU) moves for clarification of the due date for their brief as

amici curiae in support of the Respondents.    Federal Rule of Appellate Procedure 29(e) requires that the brief is filed "no later than 7 days after the principal brief of the party being supported is filed."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the court orders that NTEU's brief is due no later than 7 days after the Respondents file their briefs.

FOR THE COURT

JAN 2 7 2012
_____                        /s/ Jan Horbaly
      Date                             Jan Horbaly
                                       Clerk

cc:  Abby C. Wright, Esq.
     Andres M. Grajales, Esq.
     Jeffrey A. Gauger, Esq.
     Gregory J. O'Duden, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 7 2012

JAN HORBALY
CLERK